# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

December 10, 2021

Executive Office of Immigration Review
U.S. Department of Justice
Board of Immigration Appeals
5107 Leesburg Pike
Suite 2000
Falls Church, VA 22041

Mr. Trey Lund
U.S. Immigration & Customs Enforcement
Office of the Chief Counsel
1250 Poydras Street
New Orleans, LA 70113

No. 21-60314　Negusie v. Garland
　　　　　　　Agency No. A015 575 924

Dear Counsel,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
　Ms. Sabrineh Ardalan
　Mr. John Karl Etter
　Ms. Hiroko Kusuda
　Mr. Daniel Levin
　Mr. Michael Mestitz
　Ms. Karen Musalo
　Office of Immigration Litigation
　Ms. Elissa Steglich
　Mr. Paul Franklin Stone