

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Dec 10, 2021**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-60314

United States Court of Appeals
Fifth Circuit
**FILED**
October 18, 2021
Lyle W. Cayce
Clerk

Daniel Girmai Negusie,

*Petitioner,*

*versus*

Merrick Garland, U.S. Attorney General,

*Respondent.*

_____

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A015 575 924

_____

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the Respondent's unopposed motion to dismiss the petition for review for lack of jurisdiction is GRANTED.